Sabastian HASKINS, Petitioner–
Appellant,

v.

Page TRUE, Warden, Respondent–
Appellee.

No. 02–7401.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Sabastian Haskins, Appellant Pro Se.

Before WILKINS, MICHAEL, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Sabastian Haskins seeks to appeal the
district court's order dismissing as untimely filed his petition under 28 U.S.C. § 2254
(2000). An appeal may not be taken from
the final order in a habeas corpus proceeding unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of
appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable
whether the petition states a valid claim of
the denial of a constitutional right' and (2)
'that jurists of reason would find it debatable whether the district court was correct
in its procedural ruling.'" *Rose v. Lee*,
252 F.3d 676, 684 (4th Cir.) (quoting *Slack
v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000)), *cert. denied*,
534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d
237 (2001). We have reviewed the record
and conclude for the reasons stated by the
district court that Haskins has not made
the requisite showing. *See Haskins v.
True*, No. CA–01–1667–AM (E.D. Va. filed
May 29, 2002, entered May 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*